# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PORCHA JOHNSON-HASSAN, on Behalf of Herself and on Behalf of All Others Similarly Situated, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:19-cv-01142 |
| CHIVALRY LOGISTICS LLC and AMAZON.COM SERVICES, INC., | § § § § | |
| *Defendants*. | § | JURY DEMANDED |

## NOTICE PURSUANT TO LOCAL RULE 16.3

Pursuant to Local Rule 16.3 the parties give notice that the parties have reached an agreement resolving this case. The parties are in the process of completing paperwork and will file the appropriate dismissal papers with the Court within 45 days.

Parties request that the initial pretrial conference scheduled for November 7, 2019 at 10:00 a.m. be cancelled.

DATED:  November 6, 2019

Respectfully submitted,

*/s/ Andrea M. Johnson*
Andrea M. Johnson
Texas State Bar No. 10679600
Fed. ID No. 1285
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, Suite 1000
Houston, Texas 77056
Phone: (713) 425-7433
Fax: (713) 425-7700
E-mail:  ajohnson@krcl.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT CHIVALRY LOGISTICS LLC**

OF COUNSEL FOR
DEFENDANT CHIVALRY LOGISTICS LLC

Demetri J. Economou
State Bar of Texas No. 24078461
Fed. ID No. 1852182
E-mail: deconomou@krcl.com
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer, 10th Floor
Houston, Texas 77056
Phone: (713) 425-7432
Facsimile: (713) 425-7700

                **DEBES LAW FIRM**

                */s/ Robert R. Debes, Jr.*
                ROBERT R. DEBES, JR.
                bdebes@debeslaw.com
                Texas Bar No. 05626150
                5909 West Loop South, Suite 510
                Houston, Texas 77401
                Telephone: (713) 623-0900
                Facsimile: (713) 623-0951

                Ricardo Prieto
                Texas Bar of No. 24062947
                SHELLIST | LAZARZ | SLOBIN LLP
                11 Greenway Plaza, Suite 1515
                Houston, Texas 77046
                Phone: (713) 621-2277
                Fax: (713) 621-0993
                E-mail:  bdebes@eeoc.net
                E-mail:  rprieto@eeoc.net

                **ATTORNEYS-IN-CHARGE FOR PLAINTIFF**

*/s/ Stephanie L. Sweitzer*
Stephanie L. Sweitzer
Illinois State Bar No. P66376, *Pro Hac Vice*
Aimee M. Raimer
Texas State Bar No. 24081275
MORGAN, LEWIS & BOCKIUS, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Phone: 312-324-1000
Fax: 312-324-1001
Email: stephanie.sweitzer@morganlewis.com
Email: aimee.raimer@morganlewis.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT AMAZON.COM SERVICES, INC.**