United States District Court
Southern District of Texas
**ENTERED**
December 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PORCHA JOHNSON-HASSAN, on Behalf of Herself and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:19-cv-01142 |
| CHIVALRY LOGISTICS LLC and AMAZON.COM SERVICES, INC., | § § § § | |
| Defendants. | § | JURY DEMANDED |

## DISMISSAL ORDER

Pursuant to the Parties' Joint Stipulation of Dismissal [Doc. #28], it is hereby **ORDERED** that this case in its entirety is **DISMISSED with prejudice**, and specifically the claims of Plaintiff Porcha Johnson-Hassan, on behalf of herself and on behalf of all others similarly situated, against Defendants Chivalry Logistics LLC, and Amazon.com Services, Inc., are dismissed with prejudice. Each party shall bear her or its own costs and fees. This is a final judgment, and all relief not granted herein is hereby DENIED.

SIGNED in Houston, Texas, this 6th day of December, 2019.

UNITED STATES DISTRICT JUDGE

1